Plage, Composing the Firm of Young & Plage, Defendants, Impleaded with Peoples Surety Company of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Michael Schuhman, an Infant, by George Schuhman, His Guardian ad Litem, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Town of Pelham, Appellant, v. John M. Shinn, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., not voting.

The Trust Company of America, Plaintiff, v. Constance C. Garrison, and Conde Nast, as Trustee, Appellants, Impleaded with Sophie Marchais La Grave, Respondent, and William R. Garrison and Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The Trustees of the Freeholders and Commonalty of the Town of Brookhaven, Respondent, v. The Port Jefferson Milling Company, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Joseph Biehl, Respondent, v. The Erie Railroad Company, Appellant.— Motions denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

August Bohnhoff, Respondent, v. Henry C. Fischer, Impleaded, etc., Appellant.— Motion to resettle order granted, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Zealey Cohen, by His Guardian ad Litem, Respondent, v. New York Times Company, Appellant.— Motion so far as it asks leave to file brief on appeal granted, without costs; otherwise denied. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Antonia Di Napoli, as Administratrix, etc., Appellant, v. Edward F. Lathrop and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Daniel B. McCoy, Respondent, v. Gas Engine and Power Company and Another, Respondent. Joseph A. Flannery, Appellant.— Motion denied, without costs, on the ground that the same is prematurely made. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

The People of the State of New York, Respondent, v. John E. Schultz, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs, on the ground that permission is unnecessary. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

Michael J. Dady, Respondent, v. The City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Woodward and Rich, JJ.

In the Matter of the Application of Mauritz W. Hoglund, Respondent, to Compel William H. Griffin, an Attorney, Appellant, to Pay over Funds.